# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Delaware corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>PAMELA WHITNEY and AMBER CALLAWAY, )<br><br>Defendants. ) | Case No. 09-CV-78-GKF-PJC |

## JUDGMENT

Pursuant to the court's Opinion and Order [Doc. No. 89] granting plaintiff's Motion to Confirm Arbitration Award to Judgment [Doc. No. 64] and denying defendant's Motion to Vacate Arbitration Award [Doc. No. 74], judgment on the Financial Industry Regulatory Authority Arbitration Award, Case Number 08-02325, *In the Matter of Arbitration Between Pamela Whitney v. Merrill Lynch Pierce, Fenner & Smith, Inc., et al.,* is hereby entered in favor of plaintiff Merrill, Lynch, Pierce, Fenner & Smith, Inc., and against defendant, Pamela Whitney, and attorneys fees and costs of $93,205.00 are awarded in favor of Merrill Lynch and against Pamela Whitney.

ENTERED this 28th day of January, 2010.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma